```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

   AUTO CLUB FAMILY INSURANCE           CIVIL ACTION
   COMPANY

   VERSUS                                NO: 05-5723

   CHRISTOPHER AHNER, ET AL.             SECTION: "J" (2)
```

**ORDER**

Before the Court is Auto Club's Motion for Summary Judgment on Causation and Bad Faith (Rec. Doc. 66). Having read the briefs and the submissions of the parties, the Court finds that there are genuine issues of material fact as to the extent of damages caused by flood and wind. Under Louisiana law, it is the insurer who bears the burden of proving the applicability of any exclusionary clause within an insurance policy. *Blackburn v. Nat'l Union Fire Ins. Co.*, 784 So. 2d 637, 641 (La. 2001); *see also* La. Rev. Stat. Ann. § 22:658.2(B)(2006)("If damage to immovable property is covered, in whole or in part, under the policy of insurance, the burden is on the insurer to establish an exclusion under the terms of the policy.").

Accordingly,

**IT IS ORDERED** that Auto Club's Motion for Summary Judgment is **DENIED;**

**IT IS FURTHER ORDERED** that oral arguments are **CANCELLED**.

New Orleans, Louisiana this the 31st day of August, 2007.

*[signature]*

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE